UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Angela Kay Caudill            :            Case #: 07-58443

                                                  :            Chapter 13

                                                  :            Judge Preston

### AMENDED NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: September 28, 2010            /s/ Frank M. Pees
                                     Frank M. Pees
                                     Chapter 13 Trustee


<u>Name and Address</u>                  <u>Amount</u>
Mark C. Ziercher, Atty at Law        $43.05
5576 Norbeck Rd #A
Rockville, MD  20853-2408